UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    against

FREYLING VIZCAINO,

        Defendant.

CRIMINAL ACTION NO.: 20 Mag. 2227(UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Friday, March 13, 2020 at 2:30 pm**.

At the above date and time, the parties are directed to call into the Chambers' conference line at 866-390-1828 at the scheduled time. The access code for the conference call is: 3809799.

Dated:    New York, New York
           March 12, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**